AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA
v.
Andres Polanco

APPEARANCE
1:07-MJ-119M

CASE NUMBER: 07-344(DRP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Andres Polanco

I certify that I am admitted to practice in this court.

12/5/07
*Date*

[signature]
*Signature*

Todd Dion 6852
*Print Name* *Bar Number*

1525 Old Louisquisset Pike
*Address* Bldg A Ste 101

Lincoln RI 02865
*City* *State* *Zip Code*

401 837 4229 721 2299
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.