IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 1:07-MJ-119M |
| | ) | |
| ANDRES POLANCO, | ) | |
| aka Alexa Santana | ) | |

ORDER OF REMOVAL

Defendant ANDRES POLANCO, having appeared before me on this 6th day of December, 2007, and with advice of counsel having waived his right to preliminary hearing and an identity hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure, it is hereby

ORDERED

that defendant ANDRES POLANCO is detained and is remanded to the custody of the United States Marshal for transfer to the United States District Court for the District of Puerto Rico.

BY ORDER:

[signature]
DEPUTY CLERK

ENTERED:

[signature]
DAVID L. MARTIN
United States Magistrate Judge

DATE: 12-6-07